UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, | Case No. 2:16-CV-02725-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| SPANISH STEPS, A CONDOMINIUM DEVELOPMENTS A/K/A SPANISH STEPS OWNERS' ASSOCIATION; 7016A CAPRI DRIVE TRUST; and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

Before the Court is the Joint Discovery Plan and Scheduling Order (the "DPSO" or the "Plan") submitted by Plaintiff and one of three defendants named in this action. ECF No. 26. The two defendants who did not join in the currently filed DPSO shall have seven calendar days from the date of this Order to join in the pending DPSO, file alternative scheduling plans and scheduling orders or otherwise respond to the pending Plan. If no joinder, alternative or other response is filed by the two defendants who did not join in the Plan, the Court will enter an order approving the proposed DPSO.

DATED: October 8, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1