MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Plaintiff Bayview Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br>vs.<br><br>SPANISH STEPS, A CONDOMINIUM DEVELOPMENT A/K/A SPANISH STEPS OWNERS' ASSOCIATION; 7016A CAPRI DRIVE TRUST; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02725-APG-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO 7016A CAPRI DRIVE TRUST'S COUNTERCLAIMS**<br><br>**(FIRST REQUEST)** |

///

///

///

///

///

///

///

///

///

///

///

1

51093628;1

Plaintiff Bayview Loan Servicing, LLC (**Bayview**) and defendant 7016A Capri Drive Trust (**7016A Capri**) stipulate and agree Bayview shall have a 7-day extension, up to and including Wednesday, December 18, 2019, within which time to file its answer to 7016A Capri's counterclaims (ECF No. 34).

This is Bayview's first request for an extension. This stipulation is made in good faith and is not intended for the purpose of delay.

DATED: December 12, 2019.

| **AKERMAN LLP** | **THE LAW OFFICE OF MIKE BEEDE, PLLC** |
|---|---|
| By: /s/ *Nicholas E. Belay, Esq.*_____ <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Plaintiff Bayview Loan Servicing, LLC* | By: */s/ James W. Fox, Esq.*_____ <br> MICHAEL BEEDE, ESQ. <br> Nevada Bar No. 13068 <br> JAMES W. FOX, ESQ. <br> Nevada Bar No. 13122 <br> The Law Office of Mike Beede, PLLC <br> 2470 St. Rose Pkwy., Ste. 307 <br> Henderson, NV 89074 <br><br> *Attorneys for 7016A Capri Drive Trust* |

## **ORDER**

IT IS SO ORDERED.

DATED this 13th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-02725-APG-EJY

2

51093628;1