UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BAYVIEW LOAN SERVICING, LLC, | Case No. 2:16-CV-02725-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SPANISH STEPS, A CONDOMINIUM DEVELOPMENTS A/K/A SPANISH STEPS OWNERS' ASSOCIATION; 7016A CAPRI DRIVE TRUST; and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

Before the Court is a Motion to Substitute Bank of America, N.A. as Plaintiff (ECF No. 42) and Stipulation to Substitute Bank of America, N.A. as Plaintiff (ECF No. 44).

IT IS HEREBY ORDERED that the Motion to Substitute Bank of America, N.A. as Plaintiff (ECF No. 42) is DENIED as moot.

IT IS FURTHER ORDERED that the Stipulation to Substitute Bank of America, N.A. as Plaintiff (ECF No. 44) is GRANTED.

DATED: January 23, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1